**Laurie B. Mapes**, OSB #84167
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503)543-2900
Fax: (503)543-3676
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RAINNEE J. BROWN**, | Case No. CV 10-1119-HZ |
| Plaintiff, | |
| v. | ORDER |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | |
| Defendant. | |

_____

      Based on the stipulation of the parties, it is ORDERED that attorney fees in the amount of $7,490 are awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), payment of this award shall be made by check payable to and sent to Plaintiff's attorney, Laurie B. Mapes, at PO Box 1241, Scappoose OR 97056.

ORDER - 1

DATED this __18th__ day of __November__, 2011.

                                             /s/ Marco A. Hernandez
                                             MARCO A. HERNANDEZ
                                             United States District Judge

Submitted on October 27, 2011 by:

s/ Laurie B. Mapes
OSB #84167
(503) 543-2900
Attorney for Plaintiff

ORDER - 2